**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SEGUNDO RAMIRO CUJI CUJI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-272-KC** |
| | § | |
| **PAMELA BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 12, 2026, the Court granted in part Segundo Ramiro Cuji Cuji's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by February 19. Feb. 12, 2026, Order 5–6, ECF No. 5.

Respondents filed a Status Report, ECF No. 7, stating that Cuji was denied bond because an IJ found that he presented a flight risk. *Id.* Ex. A ("IJ Order"), ECF No. 7-1. Cuji filed a Motion to Show Cause, ECF No. 6, arguing that he did not receive a constitutionally adequate bond hearing because Respondents did not meet their burden of establishing Cuji presented a flight risk by clear and convincing evidence.

The Court is tasked, in this habeas proceeding, with determining whether Petitioner is detained without due process. And due process requires that Petitioner receive "the opportunity to be heard and . . . a meaningful assessment of whether he is dangerous or likely to abscond." *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 686 (W.D. Tex. 2025). This Court, however, lacks

jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk and therefore should be denied bond. *Id.* at 678–79 (citing 8 U.S.C. § 1226(e)). Because Cuji challenges the IJ's flight risk findings and requests that the Court reweigh the evidence, the Motion, ECF No. 6, is **DENIED**.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 12, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 21st day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE